1  Andrés E. Muñoz
   María Diana Garcia
2  Blanca E. Rodriguez
   Joachim Morrison
3  Amy L. Crewdson
   Ashleen E. O'Brien
4  COLUMBIA LEGAL SERVICES
   101 Yesler Way, Ste. 300
5  Seattle, WA 98104
   (206) 287-8628
6

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARGARITO FIERRO CORDERO, FERNANDO MENDEZ FRANCO, JOSE RODRIGUEZ LLERENAS, SANDRO VARGAS LEYVA, OCTAVIO GOMEZ GARCIA, VICTOR PADILLA PLASCENCIA, ALEJANDRO CHAVEZ MONROY, JOSE MENDOZA ANGUIANO, FERNANDO MARTINEZ PEREZ, JUAN LOPEZ GUTIERREZ, OMAR PALMA RENTERIA, JOSE GALLEGOS GONZALEZ, FRANCISCO MUÑOZ MEDRANO, and HECTOR BAUTISTA SALINAS,<br><br>Plaintiffs,<br>vs.<br><br>STEMILT AG SERVICES, LLC,<br><br>Defendant. | No. 2:22-CV-00013-SMJ<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

**TO THE CLERK OF THE U.S. DISTRICT COURT AND TO ALL PARTIES AND THEIR COUNSEL HEREIN:**

Notice of Withdrawal of Counsel- 1

COLUMBIA LEGAL SERVICES
101 Yesler Way, Suite 300
Seattle, WA 98104
(206) 287-8628

Plaintiff's hereby give notice of the withdrawal of Ashleen E. O'Brien. As of June 17, 2022, Ms. O'Brien will no longer be associated with Columbia Legal Services and should be removed from the Court and parties' service list. Plaintiffs continue to be represented in this litigation by Columbia Legal Services.

DATED this 7th day of June 2022.

        COLUMBIA LEGAL SERVICES

        s/Andres E. Muñoz
        Ashleen E. O'Brien, WSBA #58429
        Andrés E. Muñoz, WSBA #50224
        Maria Diana Garcia, WSBA #39744
        Blanca E. Rodriguez, WSBA #27745
        Joachim Morrison, WSBA #23094
        Amy L. Crewdson, WSBA #9486
        Ashleen E. O'Brien, WSBA #58429
        COLUMBIA LEGAL SERVICES
        101 Yesler Way, Suite 300
        Seattle, WA  98104
        (206) 287-8628
        Email: andres.munoz@columbialegal.org

        *Attorneys for Plaintiffs*