# EXHIBIT 4

| | |
|---|---|
| From: | Forland, Cynthia (ESD) [CForland@ESD.WA.GOV] |
| Sent: | 3/27/2017 9:03:12 AM |
| To: | 'Aaron (gslong) [aaron@gslong.com]; 'AGeorge' [ageorge@wahops.org]; 'Alan Hadley' [lawmanah8@gmail.com]; 'Amy Martinez' [Amy.martinez@co.yakima.wa.us]; 'Andrea Schmitt' [Andrea.Schmitt@ColumbiaLegal.org]; 'Andrew (Sundquist)' [andrew@sundquistfruit.com]; Gale, Andy [Andy.Gale@Stemilt.com]; 'Becky Smith' [becky.smith@co.yakima.wa.us]; 'Bee Keeper' [office@agri-placements.com]; 'BKetcham' [bketcham@cchsyakima.org]; 'BMessenger' [BMessenger@WSLC.org]; Borges, Ofelio (AGR) [oborges@agr.wa.gov]; Bosler, Tamara (ESD Partner) [Tamara.bosler@co.yakima.wa.us]; 'Breanne (wsnla' [breanne@wsnla.org]; 'Brenda Adams' [badams@maslabor.com]; 'Brian Pasternak' [Pasternak.Brian@dol.gov]; 'Brooze (West Ag' [broozen@westag.org]; 'Bruce (Washington Horticulture' [bruce@wahort.org]; Bruin, Marie (ESD) [DBruin@ESD.WA.GOV]; 'Carloso (yvfwc' [carloso@yvfwc.org]; Castro, Hector (AGR) [HCastro@agr.wa.gov]; 'Chris (Sakuma' [chrism@sakumabros.com]; 'Chris Bieker' [chris.bieker@wa.usda.gov]; 'Chuck Padorra' [Chuck.Padorr@co.yakima.wa.us]; 'CJekel (WSLC' [CJekel@wslc.org]; Clark, Craig (ESD Partner) [craig@pacmtn.org]; Clayton, Bertha J (ESD) [BClayton@ESD.WA.GOV]; Goldy, Dale [Dale.Goldy@Stemilt.com]; 'Dan (Washington Fruit' [dan@washfruit.com]; 'Dan Fazio' [dfazio@wafla.org]; 'Dan Ford' [dan.ford@columbialegal.org]; Darst, Josie (ESD Partner) [Jdarst@ruralresources.org]; 'Daryl Matson' [daryl.matson@matsonfruit.com]; Gifford, David (DOH) [Dave.Gifford@DOH.WA.GOV]; Davis, Tom [tdavis@wsfb.com]; 'DHowell' [dhowell@workforce-central.org]; 'EGonzalez@wslc.org' [EGonzalez@wslc.org]; ESD DL EC AG [ECAG@ESD.WA.GOV]; ESD DL EC Field Administrators [ECFieldAdministrators@ESD.WA.GOV]; ESD DL WDC Directors [ESDDLWDCDirectors@ESD.WA.GOV]; 'Falyall' [falyall@yahoo.com]; Fiess, Megan (ESD Partner) [megan@pacmtn.org]; Frazier, Steve (ESD Partner) [stevefrazier@washingtonworkforce.org]; 'GBrown' [gbrown@strandapples.com]; Gimlin, Amy (ESD Partner) [agimlin@swwdc.org]; 'Gloria Ochoa' [ochoa.gloria@hotmail.com]; Gross, Kathy (ESD Partner) [KathyGross@ESD.WA.GOV]; 'HaroldA (Zirkle' [harolda@Zirklefruit.com]; 'Heather (wafriends' [heather@wafriends.org]; 'Henry (Red Raspberry' [henry@red-raspberry.org]; 'Iniguez, Uriel (CHA)' [UIniguez@cha.wa.gov]; 'Jim (FWAA' [jim@fwaa.org]; 'JimH' [jimh@firstfruits.com]; 'JimM (Green Acres' [jimm@greenacrefarms.com]; 'JLutz' [jlutz@wsfb.com]; 'Jo Lynne Seufer' [jo.lynne.seufer@rma.usda.gov]; 'Joe Morrison' [joe.morrison@ColumbiaLegal.org]; 'JohnC' [Johnc@larsonfruit.com]; Johnson, Jeff [jjohnson@wslc.org]; 'Jon (Marjon' [jon@marjonlabor.com]; 'Jon DeVaney' [jon@wstfa.org]; 'JonW (Gebbers' [jonw@gebbersfarms.com]; 'Judy Olson' [Judy.olson@wa.usda.gov]; 'JValenzuela' [jvalenzuela@ufw.org]; Karber, Dawn (ESD Partner) [Dkarber@wdcspokane.com]; 'Karen Clark' [Clark.Karen@dol.gov]; 'Karina Gallardo' [karina_gallardo@wsu.edu]; 'KeithM' [Keithm@ffm-wa.com]; 'Kelli' [Kelli@mpaswy.com]; 'Kevin (green acres' [KevinB@greenacrefarms.com]; Kosmides, Alex (ESD Partner) [AKosmides@workforcenorthwest.org]; 'LbazanGutierrez' [lbazangutierrez@rcdr.biz]; Leland, Maggie (LNI) [brez235@LNI.WA.GOV]; 'Libby Whitley' [lwhitley@maslabor.com]; 'LisaA (Gordon' [lisaa@gordonwines.com]; 'LMora' [lmora@yvoic.org]; 'Manfert Lee (HUD' [manfert.m.lee@hud.gov]; Mann, Michelle (ESD Partner) [MMann@columbiabasin.edu]; 'Mario Villanueva' [Mario.Villanueva@wa.usda.gov]; 'Mark Streuli' [mstreuli@wsfb.com]; Marquez, Ignacio (AGR) [IMarquez@agr.wa.gov]; 'Martin (obri' [martin@obri.com]; 'MartyM' [martym2@orfh.org]; McMillian, Danell N (ESD) [DMcMillian@ESD.WA.GOV]; 'MCorey' [mcorey@skagitcountyha.org]; 'MGempler (Growers League' [mgempler@growersleague.org]; 'Michele Besso' [MicheleB@nwjustice.org]; Mosqueda, Teresa [tmosqueda@wslc.org]; 'mwalker@wafla.org' [mwalker@wafla.org]; 'NJempey' [njempey@yahoo.com]; 'Oscar Trevino' [otrevino@wafla.org]; 'Polly (Wash Bulb' [Polly@wabulb.com]; 'Potter, Bob (ESD BPART)' [BPotter@co.kitsap.wa.us]; 'rclyne@wsfb.com' [rclyne@wsfb.com]; 'RickA (Sakuma' [ricka@nwagmgt.com]; 'Robin Mooney' [robin.mooney@waapple.org]; Robinson, Jeff (ESD) [JRobinson@ESD.WA.GOV]; Romine, Lisa (ESD Partner) [lisar@skillsource.org]; 'Scharlau, Vicky' [vicky@wawgg.org]; 'Scott Dilley' [scott@wastatedairy.com]; Serrano, Pedro J (LNI) [SERP235@LNI.WA.GOV]; 'Sheila Creel' [creel.sheila@dol.gov]; 'Shelly (Sakuma' [shelleyh@sakumabros.com]; 'SMarquez' [smarquez0660@yahoo.com]; Soeteber,Tisa (LNI) [ZEPQ235@LNI.WA.GOV]; Stevens, Valerie (ESD Partner) [vstevens@workforce-central.org]; 'SteveS (Sakuma' [steves@sakumabros.com]; 'Stone Fruit' [stonefruit@wastatefruit.com]; 'TColbert' [tcolbert@wtb.wa.gov]; 'Ted (Thomas Lane' [ted@thomaslaneassoc.com]; 'TJones' [tjones@ari-slc.com]; 'TMackay' [tmackay@agrinw.com]; 'Todd Fryhover' [Todd.fryhover@waapple.org]; Vidonne, Bridget (ESD Partner) [bridget@pacmtn.org]; 'Waliser' [waliser@bmi.net]; Mathison, West [West.Mathison@Stemilt.com]; 'Western Range' [legal@westernrange.net]; 'Western Range (Transfer' [transfer@westernrange.net]; 'Worksourceskc' [stafftraining@worksourceskc.org]; Williams, Zach [Zach.Williams@Stemilt.com]; 'Zirkle' [deliap@Zirklefruit.com] |
| CC: | Aviles, Gustavo (ESD) [GAviles@ESD.WA.GOV]; Zadworny, Zoe (ESD) [ZZadworny@ESD.WA.GOV]; Guthrie, Janelle (ESD) [JGuthrie@ESD.WA.GOV]; Streuli, Nick (ESD) [NStreuli@ESD.WA.GOV]; Avalos, Paulette (GOV) [paulette.avalos@gov.wa.gov] |
| Subject: | RE: Agricultural Wage and Practices Surveys |
| Attachments: | Revision of 2016 Agricultural Wage and Practice survey results_3-27-17.pdf |

EXHIBIT 192 W. Mathison 4-12-23

Good morning, folks—

I have attached a revision to the initial survey results that we sent out on the 17th. Following feedback from stakeholders—Thank you!—and DOL, we needed to revise a few of our estimates. ==We want to give you additional time to review given this new information, so please have any comments back to us by this Friday, March 31.==

Many thanks!

Cynthia L. Forland
Director, Labor Market and Performance Analysis
Employment Security Department
(360) 407-4503

---

**From:** Forland, Cynthia (ESD)
**Sent:** Friday, March 17, 2017 3:46 PM
**To:** 'Aaron (gslong' ; 'AGeorge' ; 'Alan Hadley' ; 'Amy Martinez' ; 'Andrea Schmitt' ; 'Andrew (Sundquist' ; 'Andy Gale' ; 'Becky Smith' ; 'Bee Keeper' ; 'BKetcham' ; 'BMessenger' ; Borges, Ofelio (AGR) ; Bosler, Tamara (ESD Partner) ; 'Breanne (wsnla' ; 'Brenda Adams' ; 'Brian Pasternak' ; 'Brooze (West Ag' ; 'Bruce (Washington Horticulture' ; Bruin, Marie (ESD) ; 'Carloso (yvfwc' ; Castro, Hector (AGR) ; 'Chris (Sakuma' ; 'Chris Bieker' ; 'Chuck Padorra' ; 'CJekel (WSLC' ; Clark, Craig (ESD Partner) ; Clayton, Bertha J (ESD) ; 'Dale Goldy' ; 'Dan (Washington Fruit' ; 'Dan Fazio' ; 'Dan Ford' ; Darst, Josie (ESD Partner) ; 'Daryl Matson' ; 'david.gifford@doh.wa.gov' ; Davis, Tom ; 'DHowell' ; 'EGonzalez@wslc.org' ; ESD DL EC AG ; ESD DL EC Field Administrators ; ESD DL WDC Directors ; 'Falyall' ; Fiess, Megan (ESD Partner) ; Frazier, Steve (ESD Partner) ; 'GBrown' ; Gimlin, Amy (ESD Partner) ; 'Gloria Ochoa' ; Gross, Kathy (ESD Partner) ; 'HaroldA (Zirkle' ; 'Heather (wafriends' ; 'Henry (Red Raspberry' ; 'Iniguez, Uriel (CHA)' ; 'Jim (FWAA' ; 'JimH' ; 'JimM (Green Acres' ; 'JLutz' ; 'Jo Lynne Seufer' ; 'Joe Morrison' ; 'JohnC' ; Johnson, Jeff ; 'Jon (Marjon' ; 'Jon DeVaney' ; 'JonW (Gebbers' ; 'Judy Olson' ; 'JValenzuela' ; Karber, Dawn (ESD Partner) ; 'Karen Clark' ; 'Karina Gallardo' ; 'KeithM' ; 'Kelli' ; 'Kevin (green acres' ; Kosmides, Alex (ESD Partner) ; 'LbazanGutierrez' ; Leland, Maggie (LNI) ; 'Libby Whitley' ; 'LisaA (Gordon' ; 'LMora' ; 'Manfert Lee (HUD' ; Mann, Michelle (ESD Partner) ; 'Mario Villanueva' ; 'Mark Streuli' ; Marquez, Ignacio (AGR) ; 'Martin (obri' ; 'MartyM' ; McMillian, Danell N (ESD) ; 'MCorey' ; 'MGempler (Growers League' ; 'Michele Besso' ; Mosqueda, Teresa ; 'mwalker@wafla.org' ; 'NJempey' ; 'Oscar Trevino' ; 'Polly (Wash Bulb' ; 'Potter, Bob (ESD BPART)' ; 'rclyne@wsfb.com' ; 'RickA (Sakuma' ; 'Robin Mooney' ; Robinson, Jeff (ESD) ; Romine, Lisa (ESD Partner) ; 'Scharlau, Vicky' ; 'Scott Dilley' ; Serrano, Pedro J (LNI) ; 'Sheila Creel' ; 'Shelly (Sakuma' ; 'SMarquez' ; Soeteber,Tisa (LNI) ; Stevens, Valerie (ESD Partner) ; 'SteveS (Sakuma' ; 'Stone Fruit' ; 'TColbert' ; 'Ted (Thomas Lane' ; 'TJones' ; 'TMackay' ; 'Todd Fryhover' ; Vidonne, Bridget (ESD Partner) ; 'Waliser' ; 'West Mathison' ; 'Western Range' ; 'Western Range (Transfer' ; 'Worksourceskc' ; 'Zach Williams' ; 'Zirkle'
**Cc:** Aviles, Gustavo (ESD) ; Zadworny, Zoe (ESD) ; Guthrie, Janelle (ESD) ; Streuli, Nick (ESD) ; Avalos, Paulette (GOV)
**Subject:** RE: Agricultural Wage and Practices Surveys

Good afternoon, folks—

LMPA has now completed its analysis of the 2016 survey results. This includes both wages and practices for all surveyed crops and commodities for which a job order was submitted. We anticipate submitting results to U.S. DOL by March 31, 2017. Once DOL has received our official ETA 232 forms and estimates of prevailing wages and prevailing and normal and common practices, they will be responsible for deciding whether to establish wages and practice standards based on the analysis.

Attached, please find a briefing on the results of the 2016 Agricultural Wage and Practice Surveys. Please let us know if you have any questions or concerns by March 27, 2017.

Thank you for your continued interest!

Cynthia L. Forland

# Revision of the 2016 Agricultural Wage and Practice survey results

March 27, 2017

The 2016 estimation process has been the most complex to date, given this year's addition of hourly earnings guarantee, as well as the direct linking of dimensions to reported wage rates. In addition, there was a record number of job orders for which we ran estimates.

Following feedback from stakeholders and the U.S. Department of Labor (DOL), we have revised our methodology for estimating prevailing wages. This resulted in changes to our previous estimates. *Figure 1* shows the estimates from the March 17, 2017, briefing that were revised; *Figure 2* shows the revised estimates.

**Figure 1**: Estimated prevailing wage rates from March 17, 2017, briefing subject to revision
Washington state, 2016
Source: Employment Security Department/LMPA, 2016 Agricultural Wage and Practice Employer Survey

| Crop | Activity | Prevailing wage rate | Unit | Hourly earnings guarantee | Dimension |
|---|---|---|---|---|---|
| Apples/Gala | Harvesting | $25 | Bin | $12.75 | 47"x46"x23.5" |
| Apples/Golden | Harvesting | $25 | Bin | $9.47 | N/A |
| Asparagus (all) | Harvesting | $0.25 | Pound | $9.47 | N/A |
| Cherries/Yellow | Harvesting | $6.00 | Lug | $9.47 | 30 pounds |
| Pears/Bartlett | Harvesting | $24 | Bin | $9.47 | N/A |
| Pears/D'anjou | Harvesting | $24.00+$2/bin bonus | Bin | $11.00 | 47"x47"x24.5" |

**Figure 2**: Revised estimated prevailing wage rates
Washington state, 2016
Source: Employment Security Department/LMPA, 2016 Agricultural Wage and Practice Employer Survey

| Crop | Activity | Prevailing wage rate | Unit | Hourly earnings guarantee | Dimension |
|---|---|---|---|---|---|
| Apples/Gala | Harvesting | $23 | Bin | $12.69 | 47"x47"x24.5" |
| Apples/Golden | Harvesting | $26 | Bin | $12.75 | 46"x43"x25.5" |
| Asparagus (all) | Harvesting | $0.27 | Pound | $12.00 | N/A |
| Cherries/Yellow | Harvesting | $6.00 | Lug | $9.47 | 20 pounds |
| Pears/Bartlett | Harvesting | $22 | Bin | $12.69 | 47"x47"x24.5" |
| Pears/D'anjou | Harvesting | $26.50 | Bin | $12.69 | 47"x47"x24.5" |

In addition to these revisions, LMPA has created a category for apple (all other) harvest. This covers all varieties that did not have a prevailing wage finding, as well as those for which no job orders were submitted. The estimated prevailing wage for apple (all other) harvest was $19/bin, with a $9.47 hourly earnings guarantee and a dimension of 45.75"x45.75"x24".

Given these changes, we are requesting your additional review by March 31, 2017. We anticipate submitting estimates to DOL the following week. Upon submission of the results of our analysis, DOL will make its determination as to the prevailing wages and practices in temporary agricultural employment contracts, including H-2A guest worker contracts, in Washington state.