UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARGARITO FIERRO CORDERO, FERNANDO MENDEZ FRANCO, JOSE RODRIGUEZ LLERENAS, SANDRO VARGAS LEYVA, OCTAVIO GOMEZ GARCIA, VICTOR PADILLA PLASCENCIA, ALEJANDRO CHAVEZ MONROY, JOSE MENDOZA ANGUIANO, FERNANDO MARTINEZ PEREZ, JUAN LOPEZ GUTIERREZ, JOSE GALLEGOS GONZALEZ, FRANCISCO MUNOZ MEDRANO, HECTOR BAUTISTA SALINAS, and BISMARK ZEPEDA PEREZ,<br><br>        Plaintiffs,<br><br>  v.<br><br>STEMILT AG SERVICES, LLC,<br><br>        Defendant. | NO: 2:22-CV-0013-TOR<br><br>ORDER OF DISMISSAL WITH PREJUDICE AS TO PLAINTIFFS CHAVEZ MONROY, LOPEZ GUIERREZ, AND MUNOZ MEDRANO |

BEFORE THE COURT is the parties' Stipulation of Dismissal as to three plaintiffs. ECF No. 155. The parties agree that these three Plaintiff's claims be

ORDER OF DISMISSAL WITH PREJUDICE AS TO PLAINTIFFS CHAVEZ MONROY, LOPEZ GUIERREZ, AND MUNOZ MEDRANO ~ 1

dismissed with prejudice and each party to bear its own costs, attorneys' fees, and expenses. The Court has reviewed the record and files herein and is fully informed.

According to Rule 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing a stipulation signed by all parties who have appeared.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, this action is **DISMISSED** with prejudice as to Plaintiffs Chavez Monroy, Lopez Guierrez, and Munoz Medrano, each party to bear its own costs, attorneys' fees, and expenses.

2. The Clerk of Court shall terminate these Plaintiffs from the docket.

The District Court Executive is directed to enter this Order and furnish copies to counsel.

DATED July 11, 2023.



THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE AS TO PLAINTIFFS CHAVEZ MONROY, LOPEZ GUIERREZ, AND MUNOZ MEDRANO ~ 2