1

2

3

4

5

UNITED STATES DISTRICT COURT

6

EASTERN DISTRICT OF WASHINGTON

7

| | |
|---|---|
| MARGARITO FIERRO CORDERO, FERNANDO MENDEZ FRANCO, JOSE RODRIGUEZ LLERENAS, SANDRO VARGAS LEYVA, OCTAVIO GOMEZ GARCIA, VICTOR PADILLA PLASCENCIA, JOSE MENDOZA ANGUIANO, FERNANDO MARTINEZ PEREZ, JOSE GALLEGOS GONZALEZ, HECTOR BAUTISTA SALINAS, BISMARK ZEPEDA PEREZ, GILBERTO GOMEZ GARCIA, and JONATHAN GOMEZ RIVERA, | NO:  2:22-CV-0013-TOR  ORDER OF DISMISSAL WITH PREJUDICE |

Plaintiffs,

vs.

STEMILT AG SERVICES, LLC,

Defendant.

BEFORE THE COURT is the parties' Stipulated Motion to Dismiss.  ECF

No. 175.  The remaining parties agree to the dismissal of all remaining claims with

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

prejudice and that each party bear its own costs, attorneys' fees, and expenses. The Court has reviewed the record and files herein and is fully informed.

According to Rule 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing a stipulation signed by all parties who have appeared.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. Pursuant to Rule 41(a)(1)(A)(ii) and the remaining parties' stipulation, this action is **DISMISSED** with prejudice and each party shall bear its own costs, attorneys' fees, and expenses.

2. All pending motions, deadlines, hearings and trial are **VACATED**.

The District Court Executive is directed to enter this Order and Judgment of Dismissal, furnish copies to counsel, and **CLOSE** the file.

DATED October 16, 2023.



THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2