AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Oct 16, 2023

SEAN F. McAVOY, CLERK

MARGARITO FIERRO CORDERO, et al., )
*Plaintiff* )
v. )          Civil Action No.  2:22-CV-0013-TOR
)
)
STEMILT AG SERVICES, LLC, )
*Defendant* )

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏  the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❏  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ _____ recover costs from the plaintiff *(name)* _____ _____ .

✔  other:  This action is DISMISSED with prejudice and each party shall bear its own costs, attorneys' fees, and expenses.

This action was *(check one)*:

❏  tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

❏  tried by Judge _____ without a jury and the above decision was reached.

✔  decided by Judge    THOMAS O. RICE _____

pursuant to Rule 41(a)(1)(A)(ii) and the remaining parties' stipulation at ECF No. 175.

Date:  October 16, 2023 _____

CLERK OF COURT

SEAN F. McAVOY _____

s/ Linda L. Hansen _____
*(By) Deputy Clerk*

Linda L. Hansen _____